ACCEPTED
14-14-00957-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/29/2015 10:12:19 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-14-00957-CR
## NO. 14-14-00959-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/29/2015 10:12:19 AM

CHRISTOPHER A. PRINE
Clerk

**In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston**

**No. 1424405
No. 1424406
In the 337th District Court of
Harris County, Texas**

**GERALINE GREGORY LINCOLN,**
*Appellant*
**v.**
**THE STATE OF TEXAS,**
*Appellee*

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

COMES NOW GERALINE GREGORY LINCOLN, the Appellant in the above styled and numbered cause, and pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, respectfully moves this Honorable Court to extend the time to file the Appellant's brief, and in support thereof would show the Court as follows:

1

**I.**

Undersigned counsel was retained on February 5, 2015.

**II.**

The deadline for filing the Appellant's Brief in this case is May 1, 2015.

**III.**

The Appellant requests a 45-day extension for filing his Brief.

**IV.**

One 30-day extension was previously granted.

**V.**

The following facts are relied upon to show good cause for the requested extension:

a. This case involves a dispositive motion to suppress hearing.

b. The appellant was sentenced to eight years in prison.

c. The exhibits were filed on April 20, 2015 and they are crucial to the appeal. This week has been undersigned counsel's first opportunity to view the exhibits.

d. The reporter's record was also filed and amended on April 17th and 21st respectively.

e. Undersigned counsel is working on an appellate brief that is due in the Fifth Circuit Court of Appeals on Monday, May 4th and is preparing for a trial

during the week of May 11th in Harris County Criminal Court at Law Number Ten.

    a.  Rodney Hood v. William Stephens.  Cause No. 14-20779.  5th Cir.

    b.  State v. Malik Mott.  Cause No. 1945406.  CCCL 10.

f.  The Appellant's motion is not for purposes of delay, but so justice may be done by affording effective assistance of counsel.

WHEREFORE PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable Court grant an extension of time until June 15, 2015 in which to file the Appellant's brief in this case.

Respectfully submitted

_/s/ Megan E. Smith
MEGAN E. SMITH
State Bar No. 24076196

917 Franklin, Suite 310
Houston, Texas 77002
(713) 899-5438
(713) 527-2749 (fax)
megan@megansmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellant's Second Motion for Extension of Time to File Appellant's Brief was electronically delivered to Mr. Alan Curry, Appellate Division Chief, Harris County District Attorney's Office, on this 29th day of April 2015.

__/s/ Megan E. Smith____
MEGAN E. SMITH